UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELONDA RENEE COLE,<br><br>    Petitioner,<br><br>    v.<br><br>GUILLER G. GARCIA, et al.,<br><br>    Respondent. | NO. EDCV 11-1602-DDP (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: September 11, 2014

                                        DEAN D. PREGERSON
                                     United States District Judge